AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISON

UNITED STATES OF AMERICA

V.

JAMES C. WILLIAMS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:03CR116WS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 2 2 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

_Henry T. Wingate_
Signature of Judge

Chief Judge Henry T. Wingate
Name and Title of Judge

16 June '06
Date